In the Matter of FRANK W. ECKELS, as Executor of FRANK ELLER, Deceased, Respondent, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Appellants, and FRED TEICHMANN et al., Interveners, Appellants.

(Submitted October 1, 1934; decided October 4, 1934.)

*Millard E. Theodore* for motion.

No one opposed.

Motion granted, with ten dollars costs and costs of motion.